# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BRAZILIAN BLOWOUT LITIGATION | Case No.   CV 10-8452 JFW (MANx) <br><br> **SUPPLEMENTAL PROTECTIVE ORDER ENTERED PURSUANT TO THE PARTIES' STIPULATION REGARDING INADVERTENT DISCLOSURE OF PRIVILEGED OR PROTECTED INFORMATION [FRE 502]** <br><br> Courtroom:         6 <br> Judge:                 Honorable John F. Walter <br> Magistrate Judge: Honorable Margaret A. Nagle <br> Complaint Filed:  November 5, 2010 <br> Trial Date:           January 24, 2012 |

**IT IS HEREBY ORDERED,** good cause appearing, that the terms of the Stipulation and Protective Order Regarding Inadvertent Disclosure of Privileged or Protected Information [FRE 502], as agreed to by the Parties in the above-consolidated action, are approved by the Court and that the Stipulation and Protective Order Regarding Inadvertent Disclosure of Privileged or Protected Information [FRE 502] is hereby entered as an order of this Court.

DATED: September 2, 2011

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE